UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH TAYLOR, on behalf of herself and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>UKG, INC. and BETH ISRAEL DEACONESS HOSPITAL – PLYMOUTH, INC.,<br><br>     Defendants. | Civil Action No.: 1:22-CV-11168-ADB |

## UKG INC.'S STATUS REPORT

  Defendant UKG Inc. ("UKG" or "Defendant") respectfully submits this Status Report pursuant to the Court's May 14, 2024 Order to inform the Court of the status of the class-action settlement impacting claims raised by Plaintiff Elizabeth Taylor, and states as follows:

  1. On November 21, 2023, the United States District Court for the Northern District of California granted final approval to a class action settlement (the "California Settlement") executed between UKG and Plaintiffs William Muller, Antonio Knezevich, Adam Bente, and Cindy Villanueva (the "California Plaintiffs") in the matter *In re UKG Inc. Cybersecurity Litigation*, Master Docket No. 3:22-cv-00346-SI (N.D. Cal.) (the "California Action"), ECF No. 80.

  2. Judge Illston entered a judgment in the California Action the next day, November 22, 2023. California Action, ECF No. 81.

  3. As UKG previously informed the Court, the claims asserted by California Plaintiffs in the California Action were based on the same December 2021 cybersecurity incident that gives rise to Plaintiff's claims here and the California Plaintiffs' claims overlap with many of the claims made in this lawsuit and now that it is approved, the California Settlement has released claims raised by Plaintiffs and the putative class in this action.

Case No.: 1:22-CV-11168-ADB

4. Specifically, the California Settlement certified a nationwide class with two subclasses defined as:

> **Nationwide Class:** All natural U.S. persons who are current or former employees or contractors, including their dependents, of UKG customers, whose data was stored in the KPC at the time of the December 2021 KPC Cyberattack and who were impacted by the interruption of KPC applications resulting from the December 2021 KPC Cyberattack.
>
> **California Subclass:** Consisting of all members of the Settlement Class who were also California residents at the time of the December 2021 KPC Cyberattack; and
>
> **Exfiltration Subclass:** Consisting of all members of the Nationwide Class who were sent notice that their personal data was exfiltrated during the December 2021 KPC Cyberattack and were offered credit monitoring services for themselves or on behalf of their dependents.

California Action, ECF No. 80 at ¶ 8.

5. The Final Approval of the California Settlement released the following claims from all members of the Settlement Class that fall under the following definition of Released Claims:

> Released Claims means any and all claims, demands, actions, and causes of action that each and every Settlement Class Member has, had, or may ever have, now or in the future, known or unknown, suspected or unsuspected, fixed or contingent, accrued or unaccrued, arising out of or in any way related to the December 2021 KPC Cyberattack based on the allegations in the operative complaint, which includes the resulting interruption of Released Parties' products and services, and also, includes all claims or causes of action stemming from statutory, contractual, or common law rights under which the Settlement Class Members could seek to recover for any impact of the December 2021 KPC Cyberattack, including without limitation all claims that were or could have been brought in the Action based on the same factual predicate, whether or not those claims, demands, actions, or causes of action have been pleaded or otherwise asserted, including any and all damages, losses, or consequences thereof. Released Claims expressly do not include any claims, demands, actions, and causes of action (whether statutory, contractual, or common law) for wages of any kind brought against Released Parties relating to the December 2021 KPC Cyberattack or the resulting interruption of KPC applications.

*Id.* at ¶ 15.

6. After Defendants initially notified this Court of the California Settlement, the Court denied as moot, with leave to renew if necessary, UKG's then pending Motion to Dismiss. ECF

Case No.: 1:22-CV-11168-ADB

No. 29. There are currently no pending deadlines that have been set in this Court related to Plaintiff's claims against UKG.

7. Plaintiffs' counsel in this and the related actions before this Court, and Counsel for UKG, have conferred in an attempt to reach agreement on the most efficient path forward.

8. The parties anticipate seeking the following relief from the Court:

   a. Plaintiffs will file an unopposed motion for leave to amend the complaint in the matter captioned *Simpson v. UKG, Inc. and Kronos Incorporated*, Case No. 1:22-CV-10947-ADB to amend the allegations and add a new party.

   b. Plaintiffs will voluntarily dismiss all the related actions, including this action, if the Court grants Plaintiffs' unopposed motion to amend the *Simpson* lawsuit.

   c. The parties will propose a briefing schedule where UKG will have 45 days to file its motion to dismiss the amended complaint in *Simpson*. Plaintiffs' response will be due 45 days later. If appropriate, UKG will move for leave to file a reply in support of its motion.

9. Plaintiffs' motion for leave to amend the *Simpson* complaint is forthcoming.

Dated: May 31, 2024                     Respectfully submitted,

                                        UKG Inc.

                                        */s/ Maveric Ray Searle*
                                        Emyr T. Remy (BBO# 407156)
                                        remy@shb.com
                                        **SHOOK, HARDY & BACON L.L.P.**
                                        One Federal St., Ste. 2540
                                        Boston, MA 02110
                                        Tel: (617) 531-1411 | Fax: (617) 531-1602

                                        Alfred J. Saikali (PHV0178195FL)
                                        asaikali@shb.com
                                        **SHOOK, HARDY & BACON L.L.P.**
                                        201 South Biscayne Blvd., Ste. 3200
                                        Miami, FL 33131
                                        Tel: (305) 358-5171 | Fax: (305) 358-7470

Case No.:  1:22-CV-11168-ADB

Maveric Ray Searle (PHV6336731IL)
msearle@shb.com
**SHOOK, HARDY & BACON L.L.P.**
111 S. Wacker Drive, Ste. 4700
Chicago, IL 60606
Tel: (312) 704-7700 | Fax: (312) 558-1195

4

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on May 31, 2024.

| | |
|---|---|
| D. Greg Blankinship (Mass. Bar #655430)<br>Jeremiah Frei-Pearson (pro hac vice)<br>**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**<br>One North Broadway, Suite 900<br>White Plains, NY 10601<br>Tel: (914) 298-3281<br>gblankinship@fbfglaw.com<br>jfrei-pearson@fbfglaw.com | Jack J. Canzoneri (BBO #564126)<br>Nicholas Wanger (BBO #PENDING)<br>**MCDONALD LAMOND CANZONERI**<br>352 Turnpike Rd., Suite 210<br>Southborough, MA 01772<br>Tel: (508) 485-6600<br>jcanzoneri@masslaborlawyers.com<br>nwanger@masslaborlawyers.com |

Melissa L. McDonagh, Bar No. 569023
Anthony D. Rizzotti, Bar No. 561967
Shea A. Miller, Bar No. 699326
**LITTLER MENDELSON, P.C.**
One International Place, Suite 2700
Boston, MA  02110
Tel: (617) 378-6000
mmcdonagh@littler.com
arizzotti@littler.com
samiller@littler.com

/s/ Maveric Ray Searle
Maveric Ray Searle